UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>JON HERNANDEZ,<br><br>　　　　Defendant. | Case No. 2:18-cr-00412-APG-EJY<br><br>ORDER FOR BRIEFING SCHEDULE<br><br>[ECF No. 36] |

　　　Defendant Jon Hernandez submitted a letter (that I will treat as a motion) requesting that I recommend to the Bureau of Prisons that Hernandez be permitted to serve the remainder of his sentence in a halfway house in Las Vegas. ECF No. 36.  Federal Public Defender Joy Chen has filed a notice of appearance on behalf of Hernandez. ECF No. 37.  No further briefing has occurred regarding the motion.

　　　I THEREFORE ORDER that, by June 30, 2023, the Federal Public Defender will either (1) file a supplement to Hernandez's motion, or (2) withdraw the motion.  The United States Attorney will file a response to the motion (if it remains pending) within 14 days of the supplement.  Hernandez's counsel may file a reply within 14 days of the response.

　　　DATED this 12th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE