RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jon Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JON HERNANDEZ,<br><br>    Defendant. | Case No. 2:18-cr-00412-APG-EJY<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jon Hernandez, request that the due date for Mr. Haddock's Supplement to Motion for Compassionate Release (ECF No. 36), be extended from June 30, 2023, to July 31, 2023; and that the due date for the government's response be extended until August 14, 2023.

  This Stipulation is entered into for the following reasons:

  1. On April 12, 2023, the defendant filed a pro se request that this Court recommend to the Bureau of Prisons (BOP) that he serve the remainder of his sentence in a halfway house in Las Vegas. ECF No. 36.

2. This Court appointed the Federal Public Defender's Office as counsel and ordered that any supplement to defendant's pro se motion be filed by June 30, 2023. ECF No. 38.

3. Defense counsel has learned that defendant does not appear to presently be in federal custody, despite having been being paroled from state custody in March 2023. Both the BOP inmate locator and defendant's BOP computation sheet suggest that the defendant is still in state custody.

4. Defense counsel has contacted the State of Nevada's Parole Board to try to determine why the defendant has not yet been brought into federal custody.

5. A continuance is necessary for defense counsel to resolve the above question, and also because this Court cannot make a recommendation to the Bureau of Prisons until the defendant is brought into federal custody.

6. This continuance is sought in good faith and not for the purposes of delay.

7. The defendant is in custody and agrees with the need for a continuance.

8. The parties agree to the continuance.

This is the first request for a continuance of the supplement deadline.

DATED this 20th day of June 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Robert Ellman*<br>ROBERT ELLMAN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JON HERNANDEZ,<br><br>    Defendant. | Case No. 2:18-cr-00412-APG-EJY<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to July 31, 2023; and that the Government's deadline to file its response is extended to August 14, 2023.

DATED this 21st day of June 2023.

_____
UNITED STATES DISTRICT JUDGE

3