# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JON HERNANDEZ,<br><br>                Defendant. | Case No. 2:18-cr-00412-APG-EJY<br><br>**ORDER GRANTING MOTION FOR RECOMMENDATION TO BUREAU OF PRISONS**<br><br>[ECF Nos. 36, 41] |

    Defendant Jon Hernandez submitted a letter (that I treated as a motion) requesting that I recommend to the Bureau of Prisons that he be permitted to serve the remainder of his sentence in a residential reentry center in Las Vegas. ECF No. 36.  Hernandez's counsel filed a more formal motion requesting the same relief. ECF No. 41.  The United States apparently does not oppose. *See id.* at 1 n.1.

    Mr. Hernandez has served most of his 70-month prison sentence.  His release date is in July, 2024.  He has engaged in rehabilitative programming, worked as a porter while in prison, and has serious health concerns that may be poorly managed in a custodial setting.  He apparently has an approved reentry plan.  Placement in a residential reentry center will allow him to obtain medical care from private providers, and he could work with his sons in the HVAC business he previously owned.  All these factors support placing Hernandez in a reentry center or home confinement as soon as practical. 18 U.S.C. §§ 3624(c)(1) and (c)(2).

/ / / /

/ / / /

/ / / /

I THEREFORE RECOMMEND that the Bureau of Prisons grant Jon Hernandez maximum residential reentry placement under 18 U.S.C. §§ 3624(c)(1) and (c)(2) for the final 12 months of his sentence.

DATED this 17th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE