AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JON HERNANDEZ | Case No. 2:18-cr-00412-APG-EJY<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Defendant Jon Hernandez moves for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A). The United States Attorney does not oppose. ECF No. 49. I have considered the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission. The motion is supported by good cause.

I THEREFORE ORDER that the motion for compassionate release **(ECF No. 44) is GRANTED**. Mr. Hernandez's previously imposed sentence of imprisonment of 70 months is reduced to Time Served.

I FURTHER ORDER that Mr. Hernandez's previously imposed conditions of supervised release remain in force, and I will add the following condition: **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

I FURTHER ORDER the United States Marshal Service to provide Mr. Hernandez with a 60-day supply of his current medications upon his release from custody, to avoid a delay in his receiving medication at the residential reentry center.

I FURTHER ORDER that I will conduct a status check on **November 1, 2023 at 9:30** a.m. to confirm Mr. Hernandez has been released by the USMS to the residential reentry center.

If Mr. Hernandez is released before that date, the parties will submit a stipulation to vacate the status check.

I will issue an amended judgment memorializing this.

DATED this 20th day of October, 2023.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE