# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00412-APG-EJY |
|---|---|
| Plaintiff | **Order** |
| v. | |
| JON HERNANDEZ, | |
| Defendant | |

I ORDER the United States of America to respond to defendant Jon Hernandez's motion for early termination of supervised release (ECF No. 72) by March 19, 2025.

DATED this 5th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE